IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| BRIAN MCCLELLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 7:15-cv-00537-LSC |
| ) | |
| JIM WALTER RESOURCES, ) | |
| INC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

The Defendant in this case filed a Notice of Bankruptcy on July 17, 2015. The Court stayed this case for sixty days to allow the Plaintiff to obtain relief in Bankruptcy Court. On September 25, 2015, the Court Ordered the Plaintiff to show cause why the case should not be dismissed. On October 5, 2015, the Court allowed the Plaintiff an additional ten days to show how relief was being sought. The Plaintiff has not responded to that Order. Therefore, the Court DISMISSES this case without prejudice to refile in total or to proceed with the claim in Bankruptcy Court.

Done and Ordered this 19th day of October 2015.

_____

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
182185